NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| CARLOS D. WALKER, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-848 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; Christine Greider,
Judge.

PER CURIAM.

Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King,
426 So. 2d 12 (Fla. 1982); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004);
Mosely v. State, 688 So. 2d 999 (Fla. 2d DCA 1997); Desmond v. State, 576 So. 2d 743
(Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Foss v. State,
834 So. 2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA
2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).

BLACK, SALARIO, and BADALAMENTI, JJ., Concur.